# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| BRIANNA ARWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 2:21-cv-02775-MSN-tmp |
| DOLLAR GENERAL CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION
## FOR ENTRY OF STAY PENDING ARBITRATION

Before the Court is the parties' Joint Motion for Entry of Stay Pending Arbitration Claims, filed January 11, 2022. (ECF No. 8) ("Motion".) The Court, being fully informed, finds that the Motion is well-taken and is **GRANTED**.

Therefore, this matter is **STAYED** while the Parties proceed to arbitration in accordance with the Arbitration Agreement. The parties shall file an appropriate motion to end this stay.

**IT IS SO ORDERED** this 13th day of January 2022.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE